ORIGINAL

## UNITED STATES' DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| AZUBUKO - <br>     Plaintiff <br><br> v. <br><br> COMMISSIONER OF POLICE – CITY OF BOSTON and MASSACHUSETTS' SUFFOLK DISTRICT ATTORNEY - <br>     Defendants | CIVIL ACTION NUMBER: <br> 05-094-SLR <br><br>  <br> FILED <br> JUN 16 2005 <br> U.S. DISTRICT COURT <br> DISTRICT OF DELAWARE |

### CASE'S STATUS

The Plaintiff prayed the Court to act in keeping with the head. By and large, the case did not merit dismissal. False arrest, false imprisonment and malicious prosecution qualified for strict liabilities. The dismissal markedly deviated from precedents. On that ground, no judicial immunity existed. [28 USC Sections 1346(b) and 1361]

### CONCLUSION

"Could justice be done and be seen to be done," at all material times?

Respectfully submitted from Boston, Massachusetts on Saturday – June 11th – 20005.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.




