IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUKWUMA E. AZUBUKO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-094-SLR ) |
| COMMISSIONER OF POLICE - CITY OF BOSTON and MASSACHUSETTS' SUFFOLK DISTRICT ATTORNEY, | ) ) ) ) |
| Defendants. | ) |

O R D E R

At Wilmington this 20th day of June, 2005, having considered plaintiff's second motion for reconsideration;

IT IS ORDERED that said motion (D.I. 7) is denied for the same reasons his first was denied (D.I. 5). THE COURT WILL NOT ENTERTAIN ANY MORE SUCH MOTIONS FOR RECONSIDERATION.

                                                       United States District Judge