OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| Peter T. Dalleo | LOCKBOX 18 |
| CLERK OF COURT | 844 KING STREET |
| | U.S. COURTHOUSE |
| | WILMINGTON, DELAWARE 19801 |
| | (302) 573-6170 |

October 25, 2006

TO: Chukwuma E. Azubuko
    Chukwuma E. Azubuko, Pro se
    P.O. Box 1351
    Boston, MA 02117-1351

**RE: Return of Documents per DI 8; 05-94(SLR)**

Dear Mr. Azubuko:

Please be advised that your case is closed and the motion to re-open is being returned to you per DI 8. Enclosed please find your returned motion to re-open and a courtesy copy of DI 8.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Motion to re-open
     DI 8