UNITED STATES' DISTRICT COURT
DISTRICT OF DELAWARE

AZUBUKO -
   Plaintiff

v.

COMMISSIONER OF POLICE FOR THE CITY OF
AND MASSACHUSETTS' SUFFOK DISTRICT
ATTORNEY -
   Defendants

CIVIL ACTION NO.
05-94 (SLR)



FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

### PLAINTIFF'S NOTICE OF APPEAL

Consequent upon the Court's return of the Plaintiff's 'Plaintiff's Motion For New Trial/Re-Open' dated October 25th and postmarked self-same date, the Plaintiff pray the Court to act in keeping with the subject matter. The Appeal will be to the United States' Court of Appeals For the Third Circuit.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

### CERTIFICATE OF SERVICE

The Plaintiff did not serve the Defendants, because the Court acted as their Attorney.

CHUKWUMA E. AZUBUKO,
Pro Se.

Dated: Monday – November 13th – 2006.



Chukwuma E. Azubuko
P.O. Box 1351
Boston, Mass 02117

Office of the
U.S. District Court
844 King St
Wilmington

U.S.N.S.
X-RAY

19801