FPS - 118                                                                                      DATE: December 26, 2008

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4852

Azubuko v. Comm Pol City Boston
(D. DC 05-cv-00094)

To:     Clerk

1)     Motion by Appellant for leave to appeal in forma pauperis

_____

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).

The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary action pursuant to Third Circuit Internal Operating Procedure 10.6.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: January 3, 2007
par/cc: Mr. C.E.A.